CARLSMITH BALL LLP

NENAD KREK                3705-0
DUANE R. MIYASHIRO        6513-0
ASB Tower, Suite 2200
1001 Bishop Street
Honolulu, HI  96813
Tel No. 808.523.2500
Fax No. 808.523.0842
nkrek@carlsmith.com
drm@carlsmith.com

Attorneys for Plaintiff
TOWBOAT SERVICES AND MANAGEMENT, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TOWBOAT SERVICES AND MANAGEMENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GLOBAL ENVIRONMENTAL SERVICES LLC, <br><br> Defendant. | CIVIL NO. 04-00129 JMS-KSC IN ADMIRALTY <br><br> PLAINTIFF TOWBOAT SERVICES AND MANAGEMENT, INC.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE |

## PLAINTIFF TOWBOAT SERVICES AND MANAGEMENT, INC.'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff TOWBOAT SERVICES AND MANAGEMENT, INC.,

("Towboat"), by and through its counsel, Carlsmith Ball LLP, and pursuant to Rule

41(a)(1)(i) of the Federal Rules of Civil Procedure, hereby dismisses without

prejudice all of the claims contained in Plaintiff's First Amended Complaint, filed

on February 25, 2004 in the above captioned matter.  Defendant GLOBAL

ENVIRONMENTAL SERVICES LLC ("Global") has not appeared in the above-

captioned matter nor has it filed an answer to the above-referenced complaint or a

Motion for Summary Judgment.  There are no remaining parties, claims or issues.

DATED:  Honolulu, Hawaii, May 31, 2006.


_____/s/ NENAD KREK_____
NENAD KREK
DUANE R. MIYASHIRO

Attorneys for Plaintiff
TOW BOAT SERVICES AND
MANAGEMENT, INC.